

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00209-CV

THE DAVIS LAW FIRM

v.

JAMES BATES AND CONSUMERS COUNTY MUTUAL INSURANCE COMPANY

On Appeal from the
County Court at Law No 2 of Cameron County, Texas
Trial Cause No. 2011-CCL-00202

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court

orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

February 13, 2014